IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MICHELLE GAWRONSKI**,

    Plaintiff,

vs.                                                  CASE NO. 5:06CV237-RS/AK

**MICHAEL W. WYNNE**,

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is the Consent Motion for Extension of Time to file a Motion to Compel. (Doc. 82). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through **July 22, 2008**, to file a motion to compel, if necessary.

**DONE AND ORDERED** this  *22nd*  day of July, 2008.


                                                        *s/ A. KORNBLUM*
                                                        **ALLAN KORNBLUM**
                                                        **UNITED STATES MAGISTRATE JUDGE**