**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**MICHELLE GAWRONSKI**,

    Plaintiff,

vs.                                    **CASE NO. 5:06CV237-RS/AK**

**MICHAEL W. WYNNE,**

    Defendants.

_____/

**O R D E R**

Presently before the Court in the above entitled action is Plaintiff's Motion to Compel (doc. 84), and the response thereto, which indicates that the documents at issue will be produced by August 11, 2008.  (Doc. 87).  Plaintiff shall advise the Court on or before **August 15, 2008**, whether or not the motion to compel can be withdrawn.

**DONE AND ORDERED** this   **30**th   day of July, 2008.

                                                      _s/ A. KORNBLUM_
                                                      **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**